IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MANCINI, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO. 19-2363 |

## ORDER

AND NOW, this 23d day of JANUARY, 2020, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Commissioner's Amended Uncontested Motion to Remand is **GRANTED**;

3. Plaintiff's Request for Review is **GRANTED**; and

4. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that an Administrative Law Judge can further evaluate Plaintiff's mental health treatment notes.

BY THE COURT:

Joel H. Slomsky, J.